IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FARMERS NATIONAL COMPANY, | ) | CASE NO. 4:22-cv-314 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **COMPLAINT** |
| | ) | |
| DAVID WHITAKER and WHITAKER MARKETING GROUP, LLC, | ) ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff, Farmers National Company, and for its action against the Defendants, David Whitaker and Whitaker Marketing Group, LLC, states and alleges as follows:

1. Plaintiff Farmers National Company is a Nebraska corporation with its principal place of business in Omaha, Nebraska.

2. Defendant David Whitaker is a resident of the State of Iowa and currently resides in Ames, Iowa.

3. Defendant Whitaker Marketing Group, LLC is an Iowa corporation with its principal place of business in Huxley, Iowa.

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and pursuant to 15 U.S.C. § 1121 for claims under the Lanham Act and the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because all Defendants are residents of the state in which the district is located and a substantial part of the events giving rise to the claim occurred in this judicial district.

6. Plaintiff claims trademark protection in its name Farmers National Company and prominently displays TM next to its name on its website and elsewhere.

7. In regards to its claim of trademark protection, Farmers National Company expressly states the following on its website farmersnational.com:

**<u>Trademarks</u>**

> The Company name, the Company's logos, and all related names, logos, product and service names, designs, and slogans are trademarks of the Company or its affiliates or licensors. You must not use such marks without the prior written permission of the Company.

8. Farmers National Company registered the domain name farmersnational.com and has continuously used that domain name in connection with its business operations. Plaintiff Farmers National Company's business includes providing real estate services for the agricultural industry.

9. Defendant David Whitaker was previously employed by Plaintiff Farmers National Company and was terminated for cause on or about June 25, 2021.

10. Defendant David Whitaker and Defendant Whitaker Marketing Group, LLC (hereinafter collectively "Whitaker") are currently engaged in the business of providing real estate services for the agricultural industry.

11. On or about June 30, 2021, Whitaker registered and/or updated a registration for the domain name farmersnationalcompany.com.

12. Whitaker has used and continues to control the use of the domain name farmersnationalcompany.com to divert consumers and customers from Plaintiff Farmers National Company to Whitaker.

13. Whitaker registered the domain name farmersnationalcompany.com, which is identical to Plaintiff's name and trademark Farmers National Company, with the intent to profit from the use of Plaintiff's name and trademark.

14. On May 4, 2022 Plaintiff conducted a Google search of the domain name farmersnationalcompany.com. The first listed result is Whitaker Marketing Group – Auctions & Real Estate, a copy of which is attached as Exhibit 1. This search result demonstrates the clear likelihood of confusion created by Whitaker's improper use of Plaintiff Farmers National Company's name and mark for its domain name.

15. Whitaker's diversion of customers from Farmers National Company by using its name and mark has caused and continues to cause harm to the goodwill represented by Farmers National Company's name and mark. It has created a likelihood of confusion as to the source, sponsorship, affiliation, and endorsement of the domain name farmersnationalcompany.com.

## FALSE DESIGNATION OF ORIGIN, 15 U.S.C. § 1125(a)

16. Plaintiff realleges and incorporates the allegations in paragraph 1-15 as if fully set forth herein.

17. Defendants' registration and use of the domain name farmersnationalcompany.com, and Defendants' use of the name and mark Farmers National Company, is likely to cause confusion, mistake, or deceive as to the affiliation, connection, or association of Defendants with Plaintiff, or as to the origin, sponsorship, or approval of Defendants' goods, services or commercial activities.

18. Defendants' registration and use of the domain name farmersnationalcompany.com, and Defendants' use of the name and mark Farmers National Company, in commercial advertising or promotion misrepresents the nature, characteristics, qualities, and origin of such services or commercial activities.

19. Defendants' use of the domain name farmersnationalcompany.com and use of Plaintiff's name and mark has caused Plaintiff damages.

3

<u>ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT, 15 U.S.C. § 1125(d)</u>

20. Plaintiff realleges and incorporates the allegations in paragraph 1-19 as if fully set forth herein.

21. Defendants have registered, trafficked in and used the domain name farmersnationalcompany.com which is identical or confusingly similar to Plaintiff's domain name and mark Farmers National Company.

22. Defendants have a bad-faith intent to profit from Plaintiff's mark Farmers National Company and the domain name farmersnationalcompany.com.

23. Defendants' actions have caused Plaintiff damages. As a result, Plaintiff is entitled to recover damages based on Defendants' profits, Plaintiff's damages, and Plaintiff's attorney fees and costs pursuant to 15 U.S.C. § 1117. Plaintiff also has the right to elect statutory damages and is entitled to an award of not less than $1,000 and not more than $100,000 per domain name pursuant to 15 U.S.C. § 1117(d).

24. Plaintiff is further entitled to an order enjoining Defendants from engaging in the conduct as alleged herein and an order that Defendants immediately transfer the domain name farmersnationalcompany.com to Plaintiff and comply with all processes required by Plaintiff to complete that transfer.

WHEREFORE, Plaintiff Farmers National Company prays that the Court grant it judgment against Defendant David Whitaker and Defendant Whitaker Marketing Group, LLC, that Plaintiff be awarded damages, costs and attorney fees, that Defendants be enjoined as alleged herein, and for such other and further relief as the Court shall deem just and equitable.

<u>JURY DEMAND</u>

Plaintiff demands a jury trial to the extent of all issues triable of right by jury.

        FARMERS NATIONAL COMPANY, Defendant

By:   <u>s/ *David J. Schmitt*</u>
       David J. Schmitt, #AT0007006
       LAMSON DUGAN & MURRAY LLP
       10306 Regency Parkway Drive
       Omaha, NE  68114
       Tel:  (402) 397-7300
       Fax:  (402) 397-7824
       dschmitt@ldmlaw.com
       *ATTORNEYS FOR PLAINTIFF*

#755287